IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROOFERS' PENSION FUND, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO.: 20-CV-4915 |
| | ) | |
| vs. | ) | JUDGE: KENNELLY |
| | ) | |
| COLEMAN ROOFING, INC., an Illinois Corporation, | ) | MAG. JUDGE: JANTZ |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

NOW COME the Plaintiffs, the ROOFERS' PENSION FUND *et al.* ("Plaintiffs"), by and through their attorneys, JOHNSON & KROL, LLC, and move this Honorable Court for the entry of Default Judgment in favor of the Plaintiffs and against the Defendant, COLEMAN ROOFING, INC. ("COLEMAN ROOFING"), pursuant to Rule 55 of the Federal Rules of Civil Procedure as follows:

1. On August 21, 2020, Plaintiffs filed their Complaint against Defendant COLEMAN ROOFING pursuant to 29 U.S.C. §§ 1132, 1145, and 185 seeking to enforce the terms of the Standard Working Agreement, Trust Agreements, and Collection Procedures.

2. On August 21, 2020, the Clerk of the U.S. District Court for the Northern District of Illinois issued a Summons ordering the Defendant to answer within twenty-one (21) days of being served with the Summons and Complaint.

3. On August 25, 2020, the Summons and Complaint were served upon Defendant COLEMAN ROOFING by leaving copies with Paul Braun, COLEMAN ROOFING's Registered Agent. (Affidavit of Service is attached as **Exhibit 1**); (Docket No. 7).

4. On September 17, 2020, Plaintiffs filed their Motion for Order of Default after Defendant COLEMAN ROOFING failed to Answer or otherwise plead to the allegations of the Complaint within twenty-one (21) days of August 25, 2020, the date on which the Defendant was served with the Summons and Complaint.

5. In Plaintiffs' Motion for Order of Default, Plaintiffs sought an Order of Default requiring the Defendant to submit to a payroll compliance audit. (Fed. R. Civ. P. 12(a)(1)(A)(i)). (Docket No. 8).

6. On September 26, 2020, this Honorable Court granted Plaintiffs' Motion for Order of Default and entered an Order of Default requiring Defendant COLEMAN ROOFING to submit to a payroll compliance audit. (A copy of the Order of Default is attached as **Exhibit 2**); (Docket No. 9).

7. The Order of Default also granted Plaintiffs leave, upon the completion of the payroll compliance audit, to file a Motion for Default Judgment in Sum Certain to include all unpaid contributions, dues, liquidated damages, and/or interest owed by Defendant COLEMAN ROOFING as revealed by the payroll compliance audit, along with Plaintiffs' attorneys' fees and costs expended in preparing and bringing this lawsuit pursuant to the SWA, Trust Agreements, Collection and Audit Procedures and 29 U.S.C. § 1132(g)(2)(D). (Docket No. 9).

8. This case involves Defendant COLEMAN ROOFING's failure to pay contributions, liquidated damages, and interest to Plaintiffs as required by the terms of the Standard Working Agreement and Trust Agreements to which the Defendant is bound.

9. Pursuant to the terms of the Standard Working Agreement and Trust Agreements, Defendant COLEMAN ROOFING is required to make monthly reports of hours worked

      by covered employees and pay contributions to Plaintiffs for each hour worked at the rates specified in the Standard Working Agreement.

9. Pursuant to the terms of the Court's Order of Default, the Standard Working Agreement and Trust Agreements, Plaintiffs conducted a payroll compliance audit for the period of July 1, 2018 through September 30, 2020.

10. The payroll compliance audit revealed that Defendant COLEMAN ROOFING failed to pay contributions in the aggregate amount of $18,965.52. (Certification of Leigh Fox is attached as **Exhibit 3**).

11. As a result of the unpaid contributions revealed by the payroll compliance audit, COLEMAN ROOFING owes Plaintiffs interest in the amount of $1,289.02 and liquidated damages in the amount of $1,896.55. (**Exhibit 3**).

12. Defendant COLEMAN ROOFING is liable to Plaintiffs for all attorney's fees and costs expended in preparing and bringing this lawsuit in the amount of $5,510.96 pursuant to the Standard Working Agreement, Trust Agreements, Collection Procedures, and 29 U.S.C. § 1132(g)(2)(D). (Affidavit of Attorneys' Fees and Costs is attached as **Exhibit 4**).

13. Plaintiffs have provided the Court with a proposed Default Judgment Order.

**WHEREFORE,** Plaintiffs respectfully request the following:

    A. That Judgment be entered in favor of Plaintiffs and against Defendant COLEMAN ROOFING in the aggregate amount of $22,151.10, itemized as follows:

        i. $18,965.52 in unpaid contributions as revealed by the payroll compliance audit;

        ii. $1,289.02 in interest; and

        iii. $1,896.55 in liquidated damages.

B.    That Defendant COLEMAN ROOFING be ordered to pay all attorneys' fees and costs expended in preparing and bringing this lawsuit in the amount of $5,510.96 pursuant to the Standard Working Agreement, Trust Agreements, Collection Procedures, and 29 U.S.C. § 1132(g)(2)(D); and

C.    That Plaintiffs have such other and further relief as the Court may deem just and equitable all at Defendant COLEMAN ROOFING's cost, pursuant to 29 U.S.C. §1132(g)(2)(E).

Respectfully Submitted,

**ROOFERS' PENSION FUND** *et al.*

/s/ Lucas J. Habeeb - 6329755
One of Plaintiffs' Attorneys
Johnson & Krol, LLC
311 S. Wacker Drive, Suite 1050
Chicago, IL 60606
(312) 757-5472
habeeb@johnsonkrol.com

## **CERTIFICATE OF SERVICE**

      I, Lucas J. Habeeb, an attorney, hereby certify that on today's date, January 8, 2021, I caused to be served a true and correct copy of the foregoing **Motion for Default Judgment** via U.S. First Class Mail on the Defendant at the address listed below.

      Coleman Roofing, Inc.
      Attn: Paul S. Braun, Registered Agent
      19630 Governors Highway
      Flossmoor, IL 60422

                                          By:    /s/ Lucas J. Habeeb - 6329755
                                                      One of Plaintiffs' Attorneys
                                                        Johnson & Krol, LLC
                                                        311 S. Wacker Drive, Suite 1050
                                                        Chicago, IL 60606
                                                        (312) 757-5472
                                                        habeeb@johnsonkrol.com