## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Roofers' Pension Fund, et al.
                              Plaintiff,

v.                                              Case No.: 1:20–cv–04915
                                                Honorable Matthew F. Kennelly

Coleman Roofing, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 12, 2021:

MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 1/12/2021. Plaintiff's motion for default judgment [13] is granted. Judgment is entered in favor of the plaintiff and against the defendant in the amount of $27,662.05. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.